ACCEPTED
14-15-00288-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 11:57:06 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00288-CV
IN THE
COURT OF APPEALS
FOR THE
FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 11:57:06 AM
CHRISTOPHER A. PRINE
Clerk

## IN RE ANTONIO SEPEDA, Relator

Appealed from the 212th Judicial District Court
of Galveston County, Texas
Cause No. 14CV0020

## THE STATE OF TEXAS' RESPONSE TO
## RELATOR'S ORIGINAL PROCEEDING OF WRIT OF MANDAMUS

**JACK ROADY**
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY

**ALLISON LINDBLADE**
ASSISTANT CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY
STATE BAR NO. 24062850
600 59TH STREET, SUITE 1001
GALVESTON, TX 77551
(409) 766-2355, FAX (409) 766-2290
allison.lindblade@co.galveston.tx.us

# TABLE OF CONTENTS

**SECTION**                                                                 **PAGE**

Identity of Parties and Counsel ......................................................... ii

Table of Contents ............................................................................ iii

Index of Authorities ......................................................................... iv

Statement of the Case ....................................................................... 1

Summary of the Argument ............................................................... 2

SOLE ISSUE ...................................................................................... 3

       How is Sepeda entitled to mandamus relief when he can
       now appeal the final order denying his petition for
       expunction?

       Argument and Authorities .................................................. 3

       Sepeda is not entitled to mandamus relief because he can appeal
       the trial court's order of denial. ......................................... 3

Conclusion and Prayer ...................................................................... 5

Certificate of Service ........................................................................ 6

Certificate of Compliance ................................................................. 6

## IDENTITY OF PARTIES

Relator                                    Antonio Sepeda

Respondents                           Hon. Patricia Grady

                                                The State of Texas, Galveston
                                                County Criminal District Attorney's
                                                Office

# INDEX OF AUTHORITIES

## CASES

*Ex parte Sepeda*, 14-14-00946-CV, 2015 WL 122744, at \*2 (Tex. App.—
Houston [14th Dist.] Jan. 8, 2015, no pet.) .......................................................... 1

*In re Moody Nat. Kirby Houston S, LLC*, 412 S.W.3d 570, 571 (Tex. App.—
Houston [1st Dist.] 2013, no pet.) ........................................................................ 4

*Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ................................ 4

*State v. Walker*, 679 S.W.2d 484, 485 (Tex. 1984) ................................................. 4

*Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) .......................................... 3, 4

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney for Galveston County, Texas, and files this response to Relator/Sepeda's petition for writ of mandamus for the State of Texas.

## STATEMENT OF THE CASE

Relator Antonio Sepeda filed Petitioner's Request for Expunction on January 6, 2014. *See Attachment 1*. Sepeda's expunction, case number 14CV0020, was set on the trial court's docket for a status conference on April 3, 2014, for a hearing on June 13, 2014, and for a check status on June 16, 2014. *See Attachment 2*. Although the trial court took the case under advisement, there was no ruling. *See id.*

On November 25, 2014, Sepeda filed Appellant's Restricted Notice of Appeal, assigned number 14-14-00946-CV. On January 8, 2015, this Court issued an opinion dismissing appeal number 14-14-00946-CV for want of jurisdiction without prejudice. *See Ex parte Sepeda*, 14-14-00946-CV, 2015 WL 122744, at *2 (Tex. App.—Houston [14th Dist.] Jan. 8, 2015, no pet.) (not designated for publication). On March 20, 2015, an Order on Mandate for appeal number 14-14-00946-CV was issued.

1

On April 1, 2015, Sepeda filed a petition for writ of mandamus to compel the trial court to rule on his expunction petition in case number 14CV0020. On April 23, 2015, this Court sent an Abatement Order to Sepeda and to the trial court. On July 21, 2015, this Court sent an Order reinstating the mandamus proceeding. On July 22, 2015, the State filed an Original Answer and General Denial to Relator/Sepeda's expunction petition in case number 14CV0020. *See Attachment 3*. On August 12, 2015, the trial court signed an order denying Sepeda's petition for expunction. *See Attachment 4*.

## SUMMARY OF THE ARGUMENT

Antonio Sepeda petitioned this Court for a writ of mandamus to compel the trial court to rule on his expunction petition. Since he filed his writ, the trial court denied Sepeda's petition for expunction in case 14CV0020. Because Sepeda has an alternate remedy at law, his writ of mandamus should be denied.

2

## SOLE ISSUE

How is Sepeda entitled to mandamus relief when he can now appeal the final order denying his petition for expunction?

## ARGUMENT AND AUTHORITIES

Sepeda petitioned this Court for a writ of mandamus to compel the trial court to rule on his expunction petition. Since he filed his writ, and at the behest of this Court, the trial court ruled on the expunction petition. Therefore, Sepeda's writ of mandamus should be denied.

*Sepeda is not entitled to mandamus relief because he can appeal the trial court's order of denial.*

Mandamus relief is available only to correct a clear abuse of discretion when there is no adequate remedy by appeal. *See, e.g., Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992); *see also In re Moody Nat. Kirby Houston S, LLC*, 412 S.W.3d 570, 571 (Tex. App.—Houston [1st Dist.] 2013, no pet.). "Mandamus will not issue where there is 'a clear and adequate remedy at law, such as a normal appeal.'" *Walker*, 827 S.W.2d at 840 (quoting *State v. Walker*, 679 S.W.2d 484, 485 (Tex. 1984)).

In a final order, the trial court denied Sepeda's petition for expunction in 14CV0020. *See Attachment 4.* Sepeda may appeal the trial court's denial of his petition for expunction. *See Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001) (The general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment.). Accordingly, mandamus relief is not appropriate in this proceeding because Sepeda has an adequate remedy by appeal. *See Walker,* 827 S.W.2d at 840. Therefore, this Court should deny his petition for writ of mandamus. *See Moody Nat. Kirby Houston S, LLC,* 412 S.W.3d at 571.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the State prays that the mandamus be denied.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS


/s/ *Allison Lindblade*
_____

ALLISON LINDBLADE
Assistant Criminal District Attorney
State Bar Number 24062850
600 59th Street, Suite 1001
Galveston, Texas 77551
Tel (409)766-2452/Fax (409)765-3261
allison.lindblade@co.galveston.tx.us

5

## CERTIFICATE OF SERVICE

The undersigned Attorney for the State certifies a copy of the foregoing response was sent via certified mail, return receipt requested or via email, to Hon. Patricia Grady of the 212th Judicial District Court of Galveston, Texas and to Antonio Sepeda, Relator/Petitioner, TDCJ#00469585, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas 75884 on August 13, 2015.

/s/ *Allison Lindblade*

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 631 words.

/s/ *Allison Lindblade*

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

# APPENDIX

| ATTACHMENT | NUMBER |
|---|---|
| Petitioner's Request for Expunction | 1 |
| 14CV0020 Case Summary | 2 |
| State's Original Answer & General Denial | 3 |
| Order of Denial | 4 |

No. 14-15-00288-CV

# ATTACHMENT 1

CUASE NO: _14CV0020_

Ex Parte Antonio Sepeda

§

In the District Court of

_212th_ Judicial District

§

Galveston County, Tx.

---

Petitioner's request for Expunction pursuant to Tex.Code of Crim.Proc.Ann.art.55.01(a)(2)(A)(i)(West2010).The statute of Limitations.

---

TO THE HONORABLE JUDGE:

petitioner is seeking to have misdemeanor dismissal from all agencies that may have said records of arrest(s),The misdemeanor in question were dismissed by the County court at law NO:2 on the following date:2010/04/16.

1).Request expunction of records on cause NO:032976980101.charge of terrorist-ic threat.

## STATEMENT OF ISSUES

Petitioner was arrested on this charge and later droped by the county court at law NO:2,petitioner believes he is entitled to have this expunged from his criminal history.Because it did not result in a conviction..The matter was properly dismissed by the county court at law NO:2.

## ENTITLED RELIEF

Petitioner should be granted this expunction request,he has met all the requirements of the statute,and petitioner has reason to believe that the following agencis,officials,or other pubilc entities of this State have record concerning his arrest(s).By the Texas City Police Department.

1).Galveston County District Attorney's office for itself and following County agencies:

[X] District Clerk

[X] County Clerk

[X] Sheriff-ID

[X] Sheriff-Bond

[X] DATA SERVICES

[X] AIS

Request for expunction

14-CV-0020
DCORPET
Original Petition - OCA
778730



S/C 4-3-14

Page 1 of 2

2).Tex.Depart.of crim.Just.,Classificatio and records office

  P.O.Box 99

  Huntsville,Tx.77342

3).Tex.Depart.of crim.Just.Internal Affairs Division

  P.O.Box 99

  Hunstville,Tx.77342

4).Tex.Board of Pardons and Paroles

  P.O.Box 13401 Capitol Sta.

  Austin,Tx.78711

5).Tex.Depart.of Crim.Just.Parole Division

  P.O.Box 13401,Capitol Sta.

  Austin,Tx,78711

6).Tex.Depart.of Public Safety-Crime records Division-MSC 0234

  P.O.Box 4143

  Austin,Tx.78765

7).Texas City,City attorney and Police department.

8).Justice of the Peace percint 5.Galveston CO.TX.

## CONCLUSION

Petitioner request this court order these officials,agencies,to expunge all records pertaining to this arrest and cahrge.It is so Requested.

Respectfully Submitted;

Legacy ID 3491058

Request for expunction                 Page 2 of 2

ANTONIO SEPEDA

TDCJ#469585

coffield unit

2661 F.M.2054

Tennessee Colony,Texas 75884

JOHN D.KINARD

DISTRICT CLERK GALVESTON COUNTY

DEC.30,2013

RE:Petition for expunction of Dismissed Charges.

1).petition-Deadly conduct (Case NO:032976920101

2).petition assault causes bodily injury family member. (032976950101)

3).Terroristic threat of family. (032976980101)

4).assault causes bodily injury family. (Dated:2009/08/07)

(MISDEMEANORS OFFENSES)

Dear Clerk;

Please find for filing with the court the above petitions for EXPUNGMENT

THERE ARE FOUR(4) separate petitions for each dismissed charges.

Also attached is the Notary Certified copy of my Inmate Trust fund statement

for the past 6 months..Please let me know of any rulings.Thank you!

Respectfully;

CC.AS

*No Hearing Requested*

*no Service Requested*

*no copies of Petition Provided (12 copies needed)*

Antonio Sepeda #469585
Coffield unit
2661 FM 2054
Tennessee Colony, TX.
75884

JOHN D. KINARD
CLERK DISTRICT COURT
FILED 3:15pm
JAN 6 2014
GALVESTON COUNTY, TEXAS
BY
DEPUTY

To:

JO
D
60E
G

Legal

46x16

# ATTACHMENT 2

| Suit in Accordance with Article 55.01 Code of Criminal Procedure | § § § § § § § | Location: | **212th District Court** |
|---|---|---|---|
| | | Judicial Officer: | **Grady, Patricia** |
| | | Filed on: | **01/06/2014** |
| | | Case Number History: | |
| | | Appellate Case Number: | **14-14-00946-CV** |
| | | | **14-15-00288-CV - Mandamus** |

## CASE INFORMATION

**Related Cases**
MD-0297698 (Companion Case)

**Statistical Closures**
08/12/2015    Final Judgment after Non-Jury Trial

Case Type: **Criminal Matters - Expunction**

Case Status: **08/12/2015    Disposed**

Case Flags: **Paupers Affidavit Filed**
**See Clerks Note Tab**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 14-CV-0020 |
| Court | 212th District Court |
| Date Assigned | 12/31/2014 |
| Judicial Officer | Grady, Patricia |

**Previous Case Assignments**

| | |
|---|---|
| Case Number | 14-CV-0020 |
| Court | 212th District Court |
| Date Assigned | 01/27/2014 |
| Judicial Officer | Griffin, Bret |
| Reason | Other |

| | |
|---|---|
| Case Number | 14-CV-0020 |
| Court | 212th District Court |
| Date Assigned | 01/06/2014 |
| Judicial Officer | Criss, Susan |
| Reason | Other |

## PARTY INFORMATION

*Lead Attorneys*

| **Applicant** | Sepeda, Antonio | **Pro Se**<br>4094971628(H) |
|---|---|---|
| **Respondent** | AIS | |
| | **Data Services** | |
| | **Galveston County Clerk** | |
| | **Galveston County District Attorney's Office** | **Lindblade, Allison**<br>*Retained*<br>409-766-2364(W) |
| | **Galveston County District Clerk** | |
| | **Galveston County Sheriff Department** | |
| | **Justice of the Peace Precinct 5** | |
| | **Texas Board of Pardons & Paroles** | |
| | **Texas City Attorney's Office** | |

Texas City Police Department

Texas Department Of Criminal Justice

Texas Department of Criminal Justice Internal Affairs Division

Texas Department of Criminal Justice Parole Division

Texas Department Of Public Safety, for itself and TCIC, NCIC, FBI

| Appellant | Sepeda, Antonio | Pro Se |
|---|---|---|
| | | 4094971628(H) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/06/2014 | Original Petition - OCA<br>Party: Applicant Sepeda, Antonio<br>*sent to Director of Govrn Affrs* | |
| 01/06/2014 | Affidavit of Inability to Pay Court Costs<br>Party: Applicant Sepeda, Antonio | |
| 01/06/2014 | Motion<br>Party: Applicant Sepeda, Antonio<br>*TO PROCEED WITHOUT PREPAYING FEES OR COSTS WITH PROPOSED ORDER WITHIN DOCUMENT* | |
| 01/06/2014 | Declaration<br>Party: Applicant Sepeda, Antonio<br>*RELATING TO PREVIOUS CASE FILINGS, SENT TO DIRECTOR OF GOVRN AFFRS* | |
| 01/06/2014 | Declaration<br>Party: Applicant Sepeda, Antonio | |
| 01/06/2014 | Copy of Notice<br>Party: Applicant Sepeda, Antonio<br>*S/C MAILED TO PRO SE PLTF* | |
| 01/07/2014 | Correspondence from Clerk of Court<br>*Mailed to Pro Se Party* | |
| 01/14/2014 | Order (Judicial Officer: Judge, Visiting )<br>*Order Granting motion to proceed in Forma Pauperis received from Court on April 8, 2014; file returned from court and no order or notice of expunction hearing rec'd by clerk* | |
| 01/21/2014 | Correspondence<br>Party: Applicant Sepeda, Antonio<br>*re: service, copies for service, no addresses for some respondents, etc., sent to director of governmental affairs* | |
| 01/21/2014 | Motion<br>Party: Applicant Sepeda, Antonio<br>*MOTION TO ATTEND HEARING BY TELEPHONE CALL OR OTHER EFFECTIVE MEANS INCLUDES PROPOSED ORDER* | |
| 01/21/2014 | Receipt Acknowledge<br>Party: Applicant Sepeda, Antonio<br>*ACKNOWLEDGES STATUS CONFERENCE SETTING* | |

*Printed on 08/13/2015 at 11:28 AM*

| 01/21/2014 | Motion<br>Party: Applicant Sepeda, Antonio<br>*MOTION AND NOTICE OF MOTION FOR JUDICIAL NOTICE OF FACTS* |
|---|---|
| 01/21/2014 | Motion to Consolidate<br>Party: Applicant Sepeda, Antonio<br>*SENT TO 212TH COURT* |
| 01/21/2014 | Proposed Order (unsigned)<br>*ON CONSOLIDATION* |
| 04/03/2014 | **Status Conference** (9:00 AM) (Judicial Officer: Griffin, Bret) |
| 04/08/2014 | Notice - From Court of Setting Date (Judicial Officer: Griffin, Bret )<br>*Notice of setting mailed to Applicant and Notices issued to Respndents with address info listed in Petition (2 Respondents - Applicant failed to provide address info)* |
| 04/08/2014 | Correspondence from Court<br>*COPY OF SETTING NOTICE SENT TO DISTRICT ATTORNEY BY COURT* |
| 04/24/2014 | Motion to Retain<br>Party: Applicant Sepeda, Antonio<br>*Case on Docket.* |
| 04/24/2014 | Correspondence from Pro Se Party<br>Party: Applicant Sepeda, Antonio<br>*to 212th CRT.* |
| 05/09/2014 | Correspondence from Clerk of Court<br>*Notice of Expunction Hearing to Respondent* |
| 05/09/2014 | Receipt Acknowledge<br>Party: Respondent Texas Department Of Public Safety, for itself and TCIC, NCIC, FBI<br>*E-Mail confirmation from DPS* |
| 05/12/2014 | Waiver<br>Party: Respondent Galveston County District Clerk<br>*by C/M of Hearing Notice* |
| 05/12/2014 | Receipt Acknowledge<br>Party: Respondent Texas Department Of Criminal Justice<br>*E-Mail Confirmation From TDCJ* |
| 05/12/2014 | Receipt Acknowledge<br>Party: Respondent Texas City Police Department<br>*Email Confirmation from TCPD* |
| 05/12/2014 | Receipt Acknowledge<br>Party: Respondent Justice of the Peace Precinct 5<br>*Email Confirmation from Justice of Peace Pct. 5* |
| 05/12/2014 | Receipt Acknowledge |

Party: Respondent Texas City Attorney's Office
*E-Mail ConfirmationFrom Texas City Attorney's Office*

05/12/2014    Receipt Acknowledge
Party: Respondent Data Services
*E-Mail Confirmation from Data Services*

05/13/2014    Waiver
Party: Respondent Galveston County Clerk
*of Delivery by C/M - Notice of Hearing.*

05/13/2014    Waiver
Party: Respondent Galveston County Sheriff Department
*Waiver of service by C/F*

05/14/2014    Green Card Returned/Delivered
Date: 05/14/2014
*Notice of Delivery Confirmation of Expunction Hearing on TDCJIAD*

05/19/2014    Green Card Returned/Delivered
Date: 05/15/2014
*Delivery Confirmation of Expunction Hearing Notice on TDCJPD*

05/19/2014    Green Card Returned/Delivered
Date: 05/19/2014
*Delivery Confirmation of Expunction Hearing Notice on TBPP*

06/13/2014    **Expunction Hearing** (9:00 AM) (Judicial Officer: Griffin, Bret)
*pro se/TDC - no service requested*
*Taken Under Advisement*

06/19/2014    **Check Status** (9:00 AM) (Judicial Officer: Griffin, Bret)

08/11/2014    Correspondence
Party: Applicant Sepeda, Antonio
*sent to court 212th court*

11/25/2014    Notice of Appeal - Accelerated
Party: Applicant Sepeda, Antonio
*No Order signed on and no hearing held on 6-13-14*

11/26/2014    Correspondence from Clerk of Court
*to Appellant Notifying of Appeal Court Assignment*

11/26/2014    Appeal - Assignment Letter to the Court of Appeals
*to 14th Court of Appeals Notifying of Appeal Court Assignment*

11/26/2014    Correspondence from Court of Appeal
*E-Mail confirmation from 14th CRT of Appeals of Notice of Assignment.*

11/27/2014    Correspondence from Court of Appeal
*Re: CLR due Monday, December 29, 2014.*

12/26/2014    Appeal - Clerk Record - File Copy

*Transmitted to 14th CRT of Appeals.*

12/26/2014    Correspondence from Court of Appeal
*Email confirmation of Transmittal of CLR.*

12/30/2014    Correspondence from Court of Appeal
*Re: CLR filed - Post Card.*

01/08/2015    Correspondence from Court of Appeal
*Notice of Opinion Distribution.*

01/08/2015    Appeal - Judgment from Court of Appeals
*to 212th CRT.*

01/08/2015    Appeal - Opinion
*to 212th CRT.*

03/20/2015    Appeal - Bill of Cost from Court of Appeal

03/20/2015    Appeal - Mandate - Dismissing
*Order Dismissing Appeal*

03/20/2015    Correspondence from Court of Appeal
*postcard re: Mandate*

03/23/2015    Order on Mandate (Judicial Officer: Grady, Patricia )
*Dismissing Appeal and Costs of $195.00 are to be paid by Appellate, Antonio Sepeda*

04/03/2015    Correspondence from Court of Appeal
*re: Writ of Mandamus filed*

04/16/2015    Correspondence to Court
Party: Applicant Sepeda, Antonio

04/23/2015    Appeal - Order of Abatement
*to 212th CRT.*

04/23/2015    Correspondence from Court of Appeal
*Notice of Distribution of Order.*

05/07/2015    Correspondence from Pro Se Party
Party: Applicant Sepeda, Antonio
*Re: Motion for Ruling.*

05/07/2015    Request
Party: Applicant Sepeda, Antonio
*to Make a Ruling Within a Thirty days; to 212th CRT.*

05/07/2015    Motion
Party: Applicant Sepeda, Antonio
*to Request a Ruling ; to 212th CRT.*

| | |
|---|---|
| 05/22/2015 | 🔍 Correspondence from Pro Se Party<br>Party: Applicant Sepeda, Antonio |
| 07/21/2015 | 📄 Correspondence from Court of Appeal<br>*Notice of Order Distribution. 14-15-00288-CV - Writ of Mandamus* |
| 07/21/2015 | 📄 Appeal - Order<br>*14-15-00288-CV - Writ of Mandamus; to 212th CRT High Priority.* |
| 07/22/2015 | 📄 Original Answer<br>*Original Answer and General Denial* |
| 07/22/2015 | 📄 Proposed Order (unsigned)<br>*Order of Denial* |
| 08/12/2015 | Court Coordinator's Case Notes<br>*SIGNED - ORDER OF DENIAL PG/JF* |
| 08/12/2015 | Order Denying Expunction - Final - OCA (Judicial Officer: Grady, Patricia ) |
| 08/12/2015 | 📄 Copy of Notice<br>Party: Attorney Lindblade, Allison; Applicant Sepeda, Antonio<br>*Order Denying Expunction.* |
| 08/12/2015 | **Hearing** (10:00 AM) (Judicial Officer: Grady, Patricia)<br>*ORDER OF DENIAL ON PETITIONER'S PETITION FOR EXPUNCTION*<br>**08/05/2015    Reset by Court to 08/12/2015**<br>Held |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|

**Applicant** Sepeda, Antonio

| | |
|---|---|
| Total Charges | 2.00 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 8/13/2015** | **2.00** |

No. 14-15-00288-CV

# ATTACHMENT 3

Cause No. 14-CV-0020

14-15-00288-CV
Attachment 3 State's Response

| EX PARTE | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | 212th JUDICIAL DISTRICT |
| ANTONIO SEPEDA | § | GALVESTON COUNTY, TEXAS |

## ORIGINAL ANSWER & GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Galveston County Criminal District Attorney, by and through the undersigned Assistant Criminal District Attorney, and files the following Answer and General Denial in response to Petitioner's Petition for Expunction of Records.

### I. General Denial

The State of Texas denies each and every allegation and demands strict proof thereof. *See Ex parte Jackson*, 132 S.W.3d 713, 716 (Tex. App.—Dallas 2004, no pet.).

### II. Case background

Petitioner requests an expunction of MD297698, the charge of Terroristic Threat of a Family Member committed on October 11, 2009. *See attachment 1 (Original Complaint)*. Petitioner's Terroristic Threat of a Family Member, MD297698, was one of the cases that made the basis of the Magistrate's Emergency Protective Order signed on October 12, 2009. *See attachment 2 (Magistrate's Emergency Protective Order)*. Petitioner pled guilty to violating said protective order and was sentenced to 8 years in the Texas Department of Criminal Justice, Institutional Division. *See attachment 3 (Indictment and Judgment in 10CR0038)*.

The Petitioner now seeks to expunge from his records the very basis for which he is incarcerated. Petitioner's request should be denied.

### III. As a prisoner, Petitioner has no absolute right to be present in a civil action

Although Sepeda filed a Motion to Attend Hearing by Telephone Conference, as a prisoner, he has no absolute right to be present in a civil action. *See In re Z.L.T.*, 124 S.W.3d 163, 166 (Tex. 2003). In Sepeda's Motion to Attend, Sepeda does not give a required showing that his presence is necessary. To the contrary, he says, "should the court determine that his presence is required, petitioner request he be allowed to proceed by telephone conference call." An inmate's right to access the courts does not entail the right to personally appear for every proceeding. *Ex parte Cephas*, 410 S.W.3d 416, 421 (Tex.App.— Houston [14th Dist.] 2013, no pet.) Sepeda failed to make the required showing that his presence was necessary at any hearing. *See Sepeda v. State*, 14-14-00443-CV, 2015 WL 4366220, at *5 (Tex. App.— Houston [14th Dist.] July 16, 2015, no. pet. h.).

### IV. Petitioner's expunction should be denied because Petitioner hasn't proven he has met all the statutory requirements

A person's entitlement to expunction arises only after all statutory conditions have been met. *Ex parte S.C.*, 305 S.W.3d 258, 260 (Tex. App.—Houston [14th Dist.] 2009, no pet.). Because an expunction proceeding is civil, not criminal, in nature, it is the petitioner's burden to prove that all of the statutory requirements have been met, and when the petitioner fails to carry this burden, the expunction must be denied. *See id.; see also Harris County Dist. Attorney's Office v. Hopson*, 880 S.W.2d 1, 3 (Tex. App.— Houston [14th Dist.] 1994, no writ). Petitioner has not proven that his case was dismissed for a statutorily approved reason or that the statute of limitations has expired. Petitioner's assertions are not evidence.

### V. There Is No Equitable Power to Extend the Statute

Expunction is neither a constitutional nor common-law right, but a statutory privilege. *Tex. Dep't of Pub. Safety v. J.H.J.*, 274 S.W.3d 803, 806 (Tex. App. —Houston [14th Dist.] 2008, no pet.).

Texas courts have uniformly held that judges have no equitable power to grant expunctions because the right to an expunction is available only by meeting the requirements of the statute. E.g., *S.C.*, 305 S.W.3d at 260; *Herron v. State*, 821 S.W.2d 329, 330 (Tex. App.—Dallas 1991, no pet.). The trial court has no equitable power to extend the protections of the expunction statute beyond its stated provisions. *S.C.*, 305 S.W.3d at 260.

**WHEREFORE** having answered, the State of Texas prays that upon consideration of the above answer, the Court **DENY** any and all relief to Petitioner in the petition before the Court.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas
State Bar Number: 24062850
600 59TH Street, Suite 1001
Galveston, Texas 77551
409-766-2452
409-765-3261 fax
Allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies a copy of the above Answer was mailed to Petitioner, on _____7-22_____, 2015.

Mr. Antonio Sepeda
TDCJ#00469585
Coffield Unit
2661 FM 2054
Tennessee, Texas 75884

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

4

Cause No.  14-CV-0020

EX PARTE  §  IN THE DISTRICT COURT

§  212th JUDICIAL DISTRICT

ANTONIO SEPEDA  §  GALVESTON COUNTY, TEXAS

# Attachment 1
# Original Complaint MD297698

```
WARRANT: N                    ARRESTING AGENCY:
CODE: 16020006                TCIC: 1602                      SPN: 0341058
COUNTY COURT NUMBER: 2                                        CAUSE NO. 297698
DEFENDANT: ANTONIO SEPEDA
ADDRESS: 713 8TH AVE N, TEXAS CITY, TX  77590
FILING AGENCY: TEXAS CITY POLICE DEPT.                        DATE FILED: 10/15/2009
                                                             LOCATION: JAIL

CHARGE: TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
COMPLAINANT: AMY CASTRO
BONDSMAN:
```

### ORIGINAL COMPLAINT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

BEFORE ME, the undersigned Assistant Criminal District Attorney of Galveston County, Texas, this day personally appeared the undersigned affiant who under oath, says that he has good reason to believe and does believe that heretofore on or about the 11th day of October, 2009, and before the making and filing of this Complaint, in the County of Galveston and State of Texas, ANTONIO SEPEDA, hereinafter styled Defendant,

DID THEN AND THERE THREATEN TO COMMIT AN OFFENSE INVOLVING VIOLENCE TO A PERSON, NAMELY, TO MURDER, WITH INTENT TO PLACE AMY CASTRO IN FEAR OF IMMINENT SERIOUS BODILY INJURY, AND SAID CONDUCT OF THE DEFENDANT CONSTITUTED FAMILY VIOLENCE.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me this 15th day of October, 2009.

_____                    _____
Affiant                                    Assistant Criminal District Attorney

FILING ORIGINAL

Cause No. 14-CV-0020

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 212th JUDICIAL DISTRICT |
| ANTONIO SEPEDA | § | GALVESTON COUNTY, TEXAS |

# Attachment 2
# Magistrate's Emergency Protective Order

NO. <u>CO5091663</u>

COPY

THE STATE OF TEXAS

Amy Castro pi.
~~OFC T. KRIETEMEYER~~, APPLICANT

IN THE <u>Texas City Municipal</u> COURT

vs.

PRECINCT <u>5</u>, PLACE

ANTONIO SEPEDA, RESPONDENT

GALVESTON COUNTY, TEXAS

### REQUEST FOR MAGISTRATE'S EMERGENCY PROTECTIVE ORDER

On this, the 11TH day of OCTOBER, 2009, AMY CASTRO APPLICANT, files his request for this court to issue a Magistrate's Emergency Protective Order for the benefit and protection of the following named persons:

AMY CASTRO is the WIFE of the respondent.

Applicant alleges that ANTONIO SEPEDA, RESPONDENT, has been arrested for an offense involving family violence or an offense under Section 42.072, Penal Code (e.g., stalking) against the person(s) named above. [Applicant further alleges that the arrest was for an offense that also involved serious bodily injury to the victim, or the use of exhibition of a deadly weapon during the commission of an assault.]

Applicant alleges the Court to grant protection by prohibiting Respondent from:

(a) Committing family violence or an assault on AMY CASTRO;

(b) Committing an act in furtherance of an offense under Section 42.072, Penal Code; (e.g. stalking);

(c) Communicating directly with AMY CASTRO or with a member of AMY CASTRO family or household in a threatening or harassing manner;

(d) Going within 200 yards of AMY CASTRO's residence at 713 8TH AV N, TEXAS CITY, TEXAS or the residence of members of AMY CASTRO's family or household at 719 1/2 8TH AV N.

(c) Going within 200 yards of AMY CASTRO's place of employment or business at UNEMPLOYED or the place of employment or business of members of AMY CASTRO's family or household at NONE.

(f) Going within 200 yards of ROOSEVELT WILSON EMEMENTARY school at 301 16TH AV N.

(g) Going within 200 yards of NAUDIA-LANAEE MASSIATTE child care facility at NONE.

_____

APPLICANT

OCT 11³, 2008
_____

Date

NO._____ _____

THE STATE OF TEXAS

AMY CASTRO, APPLICANT        IN THE _____ COURT

vs.        PRECINCT ____, PLACE

ANTONIO SEPEDA, RESPONDENT        GALVESTON COUNTY, TEXAS

### MAGISTRATE'S EMERGENCY PROTECTIVE ORDER

On the 11TH day of OCTOBER, 2009, came on to be heard AMY CASTRO APPLICANT, requesting that this Court issue a Magistrate's Emergency Protective Order against ANTONIO SEPEDA, RESPONDENT. The Court finds that on OCTOBER 11TH, 2009, Respondent was arrested by T. KRIETEMEYER, a duly authorized peace officer, for the offenses of: DEADLY CONDUCT / ASSAULT CAUSES BODILY INJURY - FAMILY VIOLENCE / TERRORISTIC THREAT OF FAMILY OR HOUSEHOLD. [The court also finds that the arrest was for an offense involving serious bodily injury to the victim or the use or exhibition of a deadly weapon during the commission of an assault.] The Court further finds request was properly made for a Magistrate's Emergency Protective Order.

NOW THEREFORE, Applicant's request for an Emergency Protective Order is GRANTED according to the terms set forth below.

### ORDERS

IT IS ORDERED by this Court, pursuant to Article 17.292, Texas Code of Criminal Procedure, that ANTONIO SEPEDA, RESPONDENT, shall be prohibited from:

Committing family violence or an assault on AMY CASTRO;

Committing an act in furtherance of an offense under Secion 42.072, Penal Code; (e.g. stalking)

Communicating directly with AMY CASTRO or with a member of her family or household in a threatening or harassing manner;

Going within 200 yards of AMY CASTRO's residence at 713 8TH AV N, TEXAS CITY, TX, or the residence of members of AMY CASTRO's family or household at 719 1/2 8TH AV N.

Going within 200 yards of AMY CASTRO's place of employment or business at UNEMPLOYED or the place of employment or business of members of AMY CASTRO's family or household at NONE.

Going within 200 yards of ROOSEVELT WILSON ELEMENTARY school at 301 16TH AV N.

Going within 200 yards of NONE child care DROP DOWN MENU at NONE.

IT IS FURTHER ORDERED that respondent, ANTONIO SEPEDA's license to carry a concealed handgun issued under Section 411.177, Government Code, is hereby suspended.

IT IS FURTHER ORDERED that the Respondent shall be served a copy of this Protective Order in open court at the Magistrate's hearing, which Protective Order shall be in full force and effect when served on Respondent.

IT IS FURTHER ORDERED that copies of this Protective Order shall be sent immediately to the Chief of the TEXAS CITY, TEXAS Police Department, the Sheriff of GALVESTON County, Texas, the Constable of Precinct Number 5, and the Victim of the offense, AMY CASTRO, [and NAUDIA-LANAEE MASSIAITE's school and child care facility.]

## WARNING

**A VIOLATION OF THIS ORDER BY COMMISSION OF AN ACT PROHIBITED BY THE ORDER MAY BE PUNISHABLE BY A FINE OF AS MUCH AS $4,000.00 OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE YEAR OR BY BOTH. AN ACT THAT RESULTS IN FAMILY VIOLENCE OR A STALKING OFFENSE MAY BE PROSECUTED AS A SEPARATE FELONY OFFENSE, IT IS PUNISHABLE BY CONFINEMENT IN PRISON FOR AT LEAST TWO YEARS.**

**NO PERSON, INCLUDING A PERSON WHO IS PROTECTED BY THIS ORDER, MAY GIVE PERMISSION TO ANYONE TO IGNORE OR VIOLATE ANY PROVISION OF THIS ORDER. DURING THE TIME IN WHICH THIS ORDER IS VALID, EVERY**

**PROVISION OF THIS ORDER IS IN FULL FORCE AND EFFECT UNLESS A COURT CHANGES THE ORDER.**

ALL SAID, MAGISTRATE'S EMERGENCY PROTECTIVE ORDER IS SIGNED AND ENTERED AND TAKES EFFECT this the _15th_ day of _Oct._, _2009_ and remains in effect until the _15th_ day of _Dec._, _2009_. [61st day after issuance]

_____
JUDGE PRESIDING

**RECEIPT ACKNOWLEDGEMENT**

I, ANTONIO SEPEDA, hereby acknowledge that I have received a copy of this Protective Order in open Court at the hearing in this matter pursuant to 17.292, Texas Code of Criminal Procedure.

X_____
RESPONDENT

I, _G. Cooks_, Officer of said Court of Galveston County, Texas, delivered a copy of this Protective Order to ANTONIO SEPEDA on this the _15th_ day of _Oct._, _2009_

_____
OFFICER OF COURT

Cause No. 14-CV-0020

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 212th JUDICIAL DISTRICT |
| ANTONIO SEPEDA | § | GALVESTON COUNTY, TEXAS |

## Attachment 3

## Indictment and Judgment 10CR0038.



## In the Name and by Authority of the State of Texas:

THE GRAND JURORS for the County of Galveston, State aforesaid, duly organized as such at the January Term, A.D., 2010, of the District Court of said County, 405th Judicial District of Texas, upon their oaths in said Court present that **ANTONIO SEPEDA** on or about the 14TH day of **OCTOBER**, A.D., 2009, and anterior to the presentment of this indictment in the County of Galveston and State of Texas, did then and there intentionally or knowingly violate the terms of an order issued by Magistrate George Cooley of the Texas City Municipal Court Precinct 5 of Galveston County, Texas, on the 12th day of October, 2009, under authority of Article 17.292, Code of Criminal Procedure, by intentionally or knowingly committing family violence against Amy Castro, to-wit: Assault Causing Bodily Injury,

### First Enhancement

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense (hereafter styled the primary offense), on the 14TH day of July, 1986, in cause number 86-3-7502 in the 24TH Judicial District Court of Dewitt County, Texas, the defendant was convicted of the felony offense of Burglary of a Building,

### Second Enhancement

And it is further presented in and to said Court that, prior to the commission of the primary offense, and after the conviction in cause number 86-3-7502 was final, the defendant committed the felony offense of Burglary of a Habitation and was convicted on the 1st day of December, 1987, in cause 87-9-7650 in the 24TH Judicial District Court of Dewitt County, Texas. against the peace and dignity of the State.

_____
Foreperson of the Grand Jury



I, *LATONIA D. WILSON*, District Clerk, Custodian of Records for District Court of Galveston County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and filed in this office on the _____ day of _____, 20____, witness my official hand and seal of this _____ day of , 20_____.

LATONIA D. WILSON,
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

BY: _____, Deputy

No. 10CR0038    405TH

## THE STATE OF TEXAS

vs.

## ANTONIO SEPEDA

# INDICTMENT

FELONY VIOLATION OF PROTECTIVE
ORDER
*with two enhancements*

JTC
3-18-10

BOND *250,000—*

BOND SET ON *3/18/10*

_____, Judge
Acting

Filed **2010 MAR 17 PM 3:27**

DISTRICT CLERK
GALVESTON COUNTY, TX.

By: _____
Deputy

Names of Witnesses:

CODE #38990014
SPN #0341058
JP #5
TRN #9179213723 A001
SID #TX03269771
DOF: 10/14/2009
JAIL

CASE NO. 10CR0038     COUNT

INCIDENT NO./TRN: 917-921-3723 A001     2010 OCT 15 AM 10: 58

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 405TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | GALVESTON COUNTY TX |
| ANTONIO SEPEDA | § | GALVESTON COUNTY, TEXAS |
| STATE ID No.: TX03269771 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. Wayne J. Mallia | Date Judgment Entered: | OCTOBER 15, 2010 |
|---|---|---|---|
| Attorney for State: | BILL REED | Attorney for Defendant: | TOT LE |

Offense for which Defendant Convicted:
**FELONY VIOLATION OF PROTECTIVE ORDER WITH ~~TWO~~ one ENHANCEMENTS**

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 25.07 Penal Code |

Date of Offense:
**OCTOBER 14, 2009**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 2ND DEGREE FELONY | GUILTY | N/A |

Terms of Plea Bargain:
**EIGHT (8) YEARS INSTITUTIONAL DIVISION, TDCJ**

| Plea to 1st Enhancement Paragraph: | TRUE | Plea to 2nd Enhancement/Habitual Paragraph: | ABANDON |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | TRUE | Findings on 2nd Enhancement/Habitual Paragraph: | ABANDON |
| Date Sentence Imposed: | OCTOBER 15, 2010 | Date Sentence to Commence: | OCTOBER 15, 2010 |

| Punishment and Place of Confinement: | EIGHT (8) YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

### THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION
FOR    .

| Fine: | Court Costs: | Attorney Fees: |
|---|---|---|
| $ | $234.00 | $ to be assessed |

| Restitution: | Restitution Payable to: |
|---|---|
| $ | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was    .

Coded
LP

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From <u>10/14/09</u> to <u>10/15/10</u>  From _____ to _____  From _____ to _____ |
| Time Credited: | From _____ to _____  From _____ to _____  From _____ to _____ |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **DAYS         NOTES: TOWARD INCARCERATION** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Galveston County, Texas**. The State appeared by her Criminal District Attorney.

### Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Pre-sentence Investigation, if so ordered, was done according to the applicable provisions of *TEX. CODE CRIM. PROC. art. 42.12 § 9.*

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the **Galveston County and Pre-Trial Services.** Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.



☐ **Confinement in State Jail or Institutional Division [BOOT CAMP].** The Court further recommends that the Defendant be placed in the Alternative Incarceration Program (AIP) authorized under Article 42.12 Sec. 8 of the C.C.P. and Section 499.052 Government Code for a period of not less than seventy-five (75) days or more than ninety (90) days. The Court does not retain jurisdiction over the Defendant under Article 42.12 Section 6 of the C.C.P.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Galveston County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Galveston County Jail** for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the **Galveston County and Pre-Trial Services.** Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Punishment reduced to a Class "A" Misdemeanor under Article 12.44 (a), Texas Penal Code.**

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Galveston County, Texas **Galveston County and Pre-Trial Services.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Attachment "A" is attached hereto and incorporated herein for all purposes.**

### Furthermore, the following special findings or orders apply:

Signed and Entered on this the 15TH day of October, A.D., 2010.

JUDGE PRESIDING
405TH JUDICIAL DISTRICT COURT
GALVESTON COUNTY, TEXAS

A copy furnished to the above named Defendant and noted in the Docket on this the 15TH day of October, A.D., 2010.

LATONIA D. WILSON, DISTRICT CLERK,
GALVESTON COUNTY, TEXAS

BY: [signature] DEPUTY
CLERK 405TH JUDICIAL DISTRICT COURT
GALVESTON COUNTY, TEXAS

DEFENDANT'S RIGHT THUMBPRINT

## ATTACHMENT A

STATE OF TEXAS

VS.

ANTONIO SEPEDA                                    CAUSE NO. 10CR0038

( )   Pursuant to Article 42.18 8(g), of the Texas Code of Criminal Procedure the Court finds that the victim(s) of this crime is (are) owed restitution. Such restitution shall be ordered as a condition of parole.

VICTIM: _____         VICTIM: _____

ADDRESS: _____        ADDRESS: _____

_____                  _____

AMOUNT: $_____         AMOUNT: $_____

( X )   Pursuant to Article 42.18 8(g), of the Texas Code of Criminal Procedure the Defendant is ordered to pay to Latonia D. Wilson, District Clerk, of Galveston County, Room 404 Galveston County Courthouse, Galveston, Texas, $to be Galvand as reimbursement for court appointed attorney fees. Such fees shall be ordered as a condition of parole.

( X )   Pursuant to Article 42.18 8(g), of the Texas Code of Criminal Procedure the Defendant is ordered to pay to Latonia D. Wilson, District Clerk, of Galveston County, Room 404 Galveston County Courthouse, Galveston, Texas, $234ºº for Court Costs. Such costs shall be ordered as a condition of parole.

( )   Pursuant to Article 42.18 8(g), of the Texas Code of Criminal Procedure the Defendant is ordered to pay to Latonia D. Wilson, District Clerk, of Galveston County, Room 404 Galveston County Courthouse, Galveston, Texas, $_____ as a fine. Such fine shall be ordered as a condition of parole.

( X )   Pay to the G.C.C.S.C.D. $ 25.00 as a Crime Stoppers Program payment to La Marque Crime Stoppers or Galveston Crime Stoppers. Such payment shall be paid (by _____ ) (in installments of $_____ per month paid each month; Such repayment shall be ordered as a condition of parole.

( )   Pursuant to Article 42.18 8(g), of the Texas Code of Criminal Procedure the Defendant is ordered to pay to the G.C.C.S.C.D. $_____ to reimburse the County for extradition costs. Such costs shall be ordered as a condition of parole.

( )   Attend and successfully complete a program designed to educate persons on the dangers of drug abuse pursuant to V.T.C.A. Transportation Code, Section 521.374.

( )   The Defendant's driver's license will be suspended for 180 days and continue for an indefinite period up and until the Defendant completes the education program pursuant to V.T.C.A. Transportation Code, Section 521.372.

( )   The Defendant's driver's license will be suspended for one (1) year.

Attachment "A" 05/01/08, Page 1 of 1

No. 14-15-00288-CV

# ATTACHMENT 4

Cause No.  14-CV-0020

2015 AUG 12  PM 2:59

**EX PARTE** § IN THE DISTRICT COURT

§ 212th JUDICIAL DISTRICT

**ANTONIO SEPEDA** § GALVESTON COUNTY, TEXAS

### ORDER OF DENIAL

WHEREFORE came to be considered Petitioner's Petition for Expunction.

WHEREFORE after considering said petition, the Galveston County Criminal District Attorney's answers, the testimony presented, if any, said Petition is hereby DENIED.

JUDGE PRESIDING

Date: _August 12, 2015_



14-CV-0020
DCORDE
Order Denying Expunction – Final – OCA
1081710

8